IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  October 9, 2014,
Court Reporter:        Gwen Daniel         Probation: Kyla Hamilton

_____

Criminal Action No. 14-cr-00071-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Mark Barrett

     Plaintiff,

v.

ARMANDO DURETE,                            Adam Tucker

     Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

02:35 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Barrett

Sentencing Statement by Mr. Tucker

Court's comments

Mr. Barrett's comments

1

Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility.

**ORDERED:** **There being no objection to the Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility, the motion is GRANTED.**

The Court addresses the Defendant's Motion for Non-Guideline Sentence [33].

Discussion/Argument

**ORDERED:** **The Defendant's Motion for Non-Guideline Sentence [33] is GRANTED IN PART.**

Defendant's Allocution

> Defendant plead guilty to Count One of the Indictment on 7/1/2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Armando Durete, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 70 months, to be served concurrently to the sentence imposed by the Arapahoe County District Court in Case No. 2011-CR-881.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court also recommends that the Bureau of Prisons designate the Colorado Department of Corrections as the institution in which the defendant serves his custodial sentence.**

**ORDERED:** **Upon release from imprisonment the defendant shall be placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

    **The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

    **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special Conditions of Supervised Release:**

  1. **The defendant shall participate in and he shall successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

  2. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the Presentence Report for continuity of treatment.**

  3. **The defendant shall submit his person, property, house, residence, papers, or office, to a search conducted by the United States Probation Officer. Failure to submit to search may be grounds for revocation of supervised release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of that violation. Any search must be conducted at a reasonable time and in a reasonable manner**

  4. **The defendant shall not associate with or have contact with any gang members and he shall not participate in any gang activity, to include displaying gang paraphernalia.**

**ORDERED: The Special Assessment fee of $100.00 is imposed, due and payable**

3

        **immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

03:07 p.m.   Court in Recess
                Hearing concluded
                Time:  32 minutes